a5 fin

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:      1:05CR00095-001                                          Judgment - Page 3 of 7
DEFENDANT:        NELIA GARCIA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY TWO (22) MONTHS.

This term consists of TWENTY TWO (22) MONTHS as to each of Counts 1 and 2, to be served concurrently.

[✓]   The court makes the following recommendations to the Bureau of Prisons:
      FDC Honolulu.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[✓]   The defendant shall surrender to the United States Marshal for this district.
      [✓] at 10:00 a.m. on 12/1/05.
      [] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on __.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on  12-7-05  to  FDC Honolulu
at  Honolulu, HI , with a certified copy of this judgment.

_____
John T. Rathman
WARDEN ~~UNITED STATES MARSHAL~~

By  W. Tsai
    LIE  ~~Deputy U.S. Marshal~~